The Hon. BRIAN A TSUCHIDA

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO.   MJ23-077 |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT |
| SONNY P LELILI'O, | |
| Defendants. | |

BEFORE United States Magistrate Judge Michelle L. Peterson, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about December 26, 2022, in King County, within the Western District of Washington, SONNY P LELILI'O, knowing he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year:

a. *Felon in Possession of a Firearm and/or Ammunition,* in United States District Court for the District of Alaska, under case number 3:19-cr-00076, on or about January 3, 2020; and

b. *Assault in the Third Degree,* in Superior Court for the State of Alaska Anchorage, under cause number 3AN-17-07399CR, on or about January 22, 2018;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger SR9C, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

The undersigned, Zane Davis, complainant being duly sworn states:

1. I am a Special Agent (SA) with the United States Department of Justice (DOJ) Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 2022. I am currently assigned to the ATF Puget Sound Regional Crime Gun Task Force in Seattle, Washington. In this capacity, I enforce federal criminal laws relating to the unlawful possession, use and trafficking of firearms. I also investigate individuals who illegally use firearms to commit violent crimes.

2. I received a Bachelor of Science degree in Law and Public Policy from Indiana University in Bloomington, Indiana. I received training at the Federal Law Enforcement Training Center in Glynco, Georgia. While there, I completed the Criminal Investigator Training Program which provided me knowledge of basic criminal investigations, including systematic techniques for processing crime scenes, interviewing witnesses, gathering evidence, and conducting surveillance. Additionally, I have completed the ATF Special Agent Basic Training program at Glynco, Georgia, which included extensive training on firearms and ammunition identification, firearms trafficking, alcohol and tobacco diversion investigations, explosives and arson investigations, and undercover operations.

3. The information contained in this Complaint is based on my personal knowledge, information relayed to me by other law enforcement officers and witnesses, and information gleaned from my review of reports and evidence related to this investigation. The discussion below includes only the information I believe necessary to establish probable cause that LELILI'O committed the offense alleged in this Complaint. I do not purport to summarize all the evidence gathered during my investigation, nor does

Complaint - 2
*United States v. Lelili'o*
USAO: 2022R01214

the discussion below include all facts known to me or others involved with this investigation.

## SUMMARY OF PROBABLE CAUSE

4. On December 26, 2022, dispatch received a call from a reporting party that an individual named Sonny P. LELILI'O, also known as Deuce, had caused a disturbance at 20602 13th Avenue South, SeaTac, Washington, 98198. They reported that LELILI'O, had dropped a firearm off at the home and that he had a warrant out for his arrest. They also stated LELILI'O had taken their truck without permission and was attempting to trade the truck to get his firearm back. The reporting party asked for officers to be dispatched to arrest LELILI'O and pick up the firearm.

5. Officers responded to the residence and spoke to D.H. and A.G. D.H. stated she believed LELILI'O, who she described as a friend of her son-in-law, had potentially stolen a truck from her property. She reported that LELILI'O messaged her that he would bring the truck back in exchange for the firearm they had. She reported LELILI'O claimed ownership of the gun multiple times. D.H. said she had taken the firearm and placed it in a safe located inside the home.

6. A.G. told officers that LELILI'O was a very close family friend who had been staying at her home for a couple weeks. She reported she noticed a change in his behavior, and she believed he was using drugs. She reported he started acting psychotic and out of his mind.

7. A.G. told officers the firearm belonged to LELILI'O. A.G. was initially protective of the firearm, located in a camouflaged backpack, and did not want to give it to law enforcement. She stated she was willing to return it to the person LELILI'O had purchased it from. A.G. eventually gave the backpack to law enforcement and consented to the backpack being searched.

8. Officers conducted a search of the backpack and located a firearm in a fanny pack inside the bag. Officers located a Ruger SR9C 9mm handgun (serial number 334-99385). The firearm was loaded with a round of ammunition in the chamber and multiple rounds in the loaded magazine.

Complaint - 3
*United States v. Lelili'o*
USAO: 2022R01214

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



9.     A.G. shared with officers that on or about December 22, 2022, LELILI'O showed the firearm to her, and he told her he purchased it for $400.00. A.G. told LELILI'O she did not want the firearm in her house.

10.     On or about December 24, 2022, A.G. reported that LELILI'O and A.G. got into an argument and LELILI'O discharged the firearm outside of the residence. Shortly after this incident, while LELILI'O was asleep, A.G. took the firearm from his person.

11.     A.G. stated the next day, on December 25, 2022, she met with LELILI'O, and LELILI'O asked where his firearm was. She reported he became angry with her, and he assaulted her by pushing her into a vehicle. A.G. called 911 for assistance, but ultimately became frustrated with the dispatcher and hung up the phone.

12.     The following morning, on December 26, 2022, A.G. noticed her mother's truck was missing from their residence. She was immediately suspicious that LELILI'O had taken the vehicle. A.G. told officers LELILI'O contacted her over Facebook messenger and asked about his gun. LELILI'O said he would give the truck back in exchange for the firearm. Later in the day, LELILI'O came to A.G. and D.H.'s home and

Complaint - 4
*United States v. Lelili'o*
USAO: 2022R01214

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

dropped off the truck. A.G. reported she was going to take LELILI'O back to his home in Tacoma and he asked where his gun was. When A.G. did not give the firearm back, he went back into the home, grabbed the keys to the truck and attempted to leave the area again. A.G. and D.H. were able to regain possession of the truck, and LELILI'O fled the area.

13.    As Officers spoke to A.G. she received audio calls from LELILI'O. A.G. answered one call from LELILI'O in the presence of law enforcement officers. After she got off the phone with LELILI'O she provided screenshots of messages sent by LELILI'O to her through Facebook messaging. The messages were sent from an account identified with the name, "Duce P Lelili'o." At approximately 12:10 p.m. on December 26, 2022, A.G. sent the following message, "the truck got stolen last night. Know anything about that?" LELILI'O responded, "Where's my gun?" LELILI'O expressed multiple times in Facebook messages his frustration that A.G. had taken his things.

 

Complaint - 5
*United States v. Lelili'o*
USAO: 2022R01214

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

14.    At one point, LELILI'O sent a Facebook message stating, "Show me my shit." A.G. offered to do a video call, and she sent a photo of the inside of the safe. A zoomed in photo of the screenshot taken by SeaTac police department reveals the suspected Ruger firearm.

 

15.    I reviewed the booking photograph of LELILI'O attached to the SeaTac Police Department report and his Washington Department of Licensing photograph. On February 7, 2023, ATF SA Angelo Salcepuedes located a Facebook profile with the profile name, "Duce P Lelilio." I reviewed the Facebook profile photo on the Duce P Lelilio profile. The photo matched the photos captured in the Facebook Messenger photographs discussed previously, as well as the booking photo and DOL photo of LELILI'O.

Complaint - 6
*United States v. Lelili'o*
USAO: 2022R01214

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970




16.     Based on my training and experience, the statements made by the reporting party, the retrieval of the firearm, and the content of the messages sent from the Duce P Lelilio Facebook account, I believe the account is owned and operated by LELILI'O.

17.     The firearm, loaded magazine, and single loose round were sent to the King County Regional Identification Program- AFIS for fingerprint analysis. No prints of value were recovered.

18.     ATF Special Agent Catherine Cole visually and physically examined the Ruger SR9C 9mm handgun. Based on Catherine Cole's knowledge and experience as a certified Interstate Nexus Expert, she determined the firearm is a "firearm" as defined by federal law, and it was not manufactured in the State of Washington.  As a result, the firearm must have traveled in, and thereby affected, interstate or foreign commerce, in order to be received or possessed in the State of Washington.

19.     I have reviewed LELILI'O's criminal history and observed he has multiple felony convictions punishable by imprisonment for a term exceeding one year, each of which would federally prohibit him from possessing firearms.

20.     LELILI'O was convicted of Assault in the Third Degree in the Superior Court for the State of Alaska Anchorage, under cause number 3AN-17-07399CR on or

Complaint - 7
*United States v. Lelili'o*
USAO: 2022R01214

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

about January 22, 2018, and was sentenced to 36 months in prison with 24 months suspended. I reviewed the plea agreement for cause number 3:19-CR-00076 for Felon in Possession of a Firearm. In the signed plea agreement, LELILI'O admitted he knew had been previously convicted of Assault in the Third Degree on January 22, 2018, under cause number 3AN-17-07399CR. This plea agreement was signed by LELILI'O on October 9, 2019.

21.     LELILI'O was convicted of Felon in Possession of a Firearm and/or Ammunition in the United States District Court for the District of Alaska, under cause number 3:19-cr-00076 on or about January 3, 2020, and was sentenced to 14 months in prison. I reviewed the Minute Entry from January 3, 2020, where LELILI'O was sentenced. The minute entry reflects that LELILI'O was present at the time.

22.     Based on the above facts, I respectfully submit there is probable cause to believe that LELILI'O did knowingly and intentionally violate Title 18, United States Code, Section 922(g)(1).

23.     I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

Zane F. Davis
_Digitally signed by Zane F. Davis_
_Date: 2023.02.21 15:41:25 -08'00'_

_____
Zane Davis, Complainant
Special Agent, ATF

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit by telephone, pursuant to the Federal Rules of Criminal Procedure, Rule 4.1. Based on the contents of this Affidavit, the Court hereby finds there is probable cause to believe SONNY LELILI'O committed the offense set forth in the Complaint.

DATED this 22nd day of February, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 8
_United States v. Lelili'o_
USAO: 2022R01214

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970